IT IS ORDERED by the court, *sua sponte*, that this cause be consolidated with Supreme Court case No. 01–1304, *Ohio River Pipe Line LLC v. Gutheil et al.*, for briefing and oral argument.

IT IS FURTHER ORDERED that the stay of briefing schedule entered in this case on August 10, 2001, is hereby lifted, and briefing of this case shall resume according to the schedule set forth in this entry.

IT IS FURTHER ORDERED by the court that appellants' brief filed in case No. 01–443 on August 6, 2001, shall be deemed filed in case No. 01–1304 as of the date of this order, and shall be deemed a first merit brief in both cases.

IT IS FURTHER ORDERED by the court that the briefing schedule provided for in a case involving a cross-appeal in S.Ct.Prac.R. VI(5) shall be followed, and the second merit brief shall be due within thirty days of the date of this entry.

IT IS FURTHER ORDERED by the court that the parties shall combine all future briefing of case Nos. 01–443 and 01–1304 and file one brief for each brief permitted under S.Ct.Prac.R. VI; the parties shall file an original of the brief in each case and eighteen copies of the brief; and the parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.

**01–573.   First Energy Corp. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 99–1212–EL–ETP, 99–1213–EL–ATA and 99–1214–EL–AAM. On motion to dismiss. Motion denied.

Cook, J., not participating.

**01–625.   In re Ray.**
Hamilton App. Nos. C–000436 and C–000437. On motion for admission *pro hac vice* of Patricia M. Logue for Lamda Legal Defense and Education Fund by Susan J. Becker. Motion granted.

**01–923.   First Energy Corp. v. Pub. Util. Comm.**
Public Utilities Commission, No. 99–1212–EL–ETP. On motion to dismiss. Motion denied.

Cook, J., not participating.

**01–1009.   Cleveland Elec. Illum. Co. v. Lake Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 00–K–1751, 00–K–1752, 00–K–1753, 00–K–1754, 00–K–1755, 00–K–1756, 00–K–1757 and 00–K–1758. On request for argument before full court. Request granted.

Cook, J., not participating.

**01–1414.   State v. Anthony.**
Auglaize App. No. 2–01–01. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Journal Entry filed August 1, 2001, at page 4:

"Is the statute, R.C. 4507.16(A), authorizing suspension of a driver's license for felony in commission of which a motor vehicle is used, reserved to those situations in which the motor vehicle is used either as a weapon or to transport contraband, or is the subject of the crime charged?"

The conflict case is *State v. Krug* (1993), 89 Ohio App.3d 595, 626 N.E.2d 984.

Douglas, J., dissents.

*Sua sponte,* cause consolidated with 01–1393, *State v. Anthony,* Auglaize App. No. 2–2001–01.

Douglas, J., dissents.

**01–1480.   State v. Northern.**
Allen App. No. 1–01–01. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Journal Entry filed August 14, 2001, at page 2:

"Is a motion made pursuant to Crim.R. 32.1 subject to the time restraints of R.C. 2953.21 and R.C. 2953.23?"

The conflict cases are *State v. Talley* (Jan. 30, 1998), Montgomery App. No. 16479, unreported, 1998 WL 31516, and *State v. Cale* (Mar. 23, 2001), Lake App. No. 2000–L–034, unreported, 2001 WL 285794.

*Sua sponte,* cause consolidated with 01–1375, *State v. Northern,* Allen App. No. 1–01–01.